FILED
CLERK, U.S. DISTRICT COURT
APR - 6 2016
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

v.

Elizabeth Black Defendant.

CR14-371

ORDER [OF DETENTION] [~~SETTING CONDITIONS OF RELEASE~~] AFTER HEARING (18 U.S.C. § 3148(b): (Allegations of Violation of Pretrial Conditions of Release)

A.

On motion of the Government involving an alleged violation of conditions of pretrial release and warrant for arrest issued by [Judge Gutierrez].

B.

The court finds there is

(1)

(A) ( ) Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

(B) (✓) Clear and convincing evidence that the defendant has violated any other condition of release; and

(2)

(A) ( ) Based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety or any other person or the community; or

(B) (✓) The person is unlikely to abide by any condition or combination of conditions of release.

and/or, in the event of (1)(A)

(3) ( ) There is probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted.

<u>or</u>

(4) ( ) The court finds that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. <u>See</u> separate order setting conditions.

( ) It is further ordered that this order is stayed for 72 hours in order to allow the Government to seek review from the [assigned district judge] [criminal duty district judge].

<u>or</u>

C.

( ) IT IS ORDERED defendant be detained prior to trial.

DATED: 4/6/16

U.S. MAGISTRATE/DISTRICT JUDGE

[11/04]