UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:14-cr-371-PSG | Date | July 7, 2020 |
| Title | United States v. Elizabeth Yvonne Black | | |

Present: The Honorable   Steve Kim, U.S. Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   (IN CHAMBERS) **ORDER OF DETENTION – PRETRIAL RELEASE VIOLATION**

The Court conducted a detention hearing pursuant to Federal Rules of Criminal Procedure 40 and 5(c)(3), as well as 18 U.S.C. §§ 3143(a) and 3148(b), following Defendant's arrest for alleged violation(s) of the terms of Defendant's pretrial release.

The Court finds that:

A.   ☒   Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☐ Lack of secured bail resources
- ☒ Failure to report to Pretrial Services
- ☐ No stable, long-term residence or employment
- ☒ Failure to appear for hearing
- ☐ Ties to foreign countries
- ☒ Allegations in petition
- ☐

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.  2:14-cr-371-PSG | Date  July 7, 2020 |
| Title  United States v. Elizabeth Yvonne Black | |

B. ☐ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☐ Nature of previous criminal convictions
- ☐ Allegations in petition
- ☐ Substance abuse
- ☐ Already in custody on state or federal offense
- ☐

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.